UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
                        Plaintiff,

      v.                                           Case No. 2:19-cr-00224

BRIAN WHITTON,
                        Defendant.

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

**Now comes** the undersigned, Attorney Daniel M. Adams, who hereby moves to withdraw as counsel for the defendant, Brian Whitton.

**As grounds**, the undersigned alleges and shows to the court as follows:

    1. During conference with Mr. Whitton this morning, Mr. Whitton terminated counsel and directed counsel to withdraw. The conference was preceded by a communication from Mr. Whitton consistent with this directive.

**Wherefore**, it is respectfully requested that the court permit the undersigned to withdraw.
.

    Dated this 22nd day of April 2020.

                                              ADAMS LAW GROUP LLC

                              By: *[signature]*

                                              Daniel M. Adams
                                              State Bar No. 1067564
                                              1200 E. Capitol, Suite 360
                                              Milwaukee, WI 53211